IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRUBRIDGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:25-cv-122-TFM-MU |
| | ) |
| TIMETREX SOFTWARE, INC. | ) |
| | ) |
| Defendant. | ) |

# ORDER

Pending before the Court is *TimeTrex's Motion for Partial Judgment on the Pleadings* (Doc. 39, filed 9/25/25). Plaintiff is **ORDERED** to show cause on or before **October 17, 2025** why the motion should not be granted. Defendant shall have until **October 27, 2025** to file any reply it wishes to file. The motion shall be taken under submission on that day for determination without oral argument unless the Court later determines oral argument is necessary.

All parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned should they exceed fifty (50) pages (including exhibits). The courtesy copies shall be delivered within 5 days of their electronic filing.

**DONE** and **ORDERED** this 3rd day of October 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE